# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160658(187)(188)
160660

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
        Plaintiffs-Appellants,

v

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
        Defendants-Appellees.

SC: 160658
COA: 334663

_____

TAXPAYERS FOR MICHIGAN
CONSTITUTIONAL GOVERNMENT, STEVE
DUCHANE, RANDALL BLUM, and SARA
KANDEL,
        Plaintiffs-Appellees,

v

STATE OF MICHIGAN, DEPARTMENT OF
TECHNOLOGY, MANAGEMENT AND
BUDGET and OFFICE OF AUDITOR
GENERAL,
        Defendants-Appellants.

SC: 160660
COA: 334663

_____/

On order of the Chief Justice, the joint motions of appellants to extend the time for filing their respective reply briefs in Nos. 160658 and 160660 and for immediate consideration are GRANTED. The reply briefs will be accepted as timely filed if submitted on or before December 7, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2020 _____



Clerk